Certificate Number: 16339-PAW-DE-030204588

Bankruptcy Case Number: 17-24455



16339-PAW-DE-030204588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2017, at 3:00 o'clock AM EST, Scott Blanish completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 21, 2017               By:     /s/Kelley Tipton

                                         Name:   Kelley Tipton

                                         Title:  Certified Financial Counselor