IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-24455-JAD |
| Scott A. Blanish ) | |
|     Debtor ) | Chapter 13 |
| ) | |
| Scott A. Blanish ) | |
|     Movant ) | Related To Doc. No. 7 |
| vs. ) | |
| ) | |
| NO RESPONDENTS ) | |

## ORDER

AND NOW, to wit, this <u>20th</u> day of <u>November</u>, 2017, upon consideration of the within Motion for Extension of Time to Complete Bankruptcy Filing, it is hereby **ORDERED** that the Motion is **GRANTED** and that Debtor has *up to and including* <u>November 27, 2017</u>, to complete the deficiencies that remain for the indicated Petition. No further extensions shall be granted.

BY THE COURT

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
    Scott A. Blanish
    Corey J. Sacca, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
11/20/17 5:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24455-JAD
Scott A Blanish                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Nov 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db          Scott A Blanish,    634 Pittsburgh Pike Road,    Rillton, PA   15678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Scott A Blanish csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4