## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-24455-JAD |
| | ) | |
| Scott A. Blanish | ) | Chapter 13 |
| | ) | |
| | ) | |
| DEBTOR | ) | Document No._____ |
| _____ | ) | |

### *PROOF OF INCOME*

This Proof of Income Statement is provided in lieu of Proof of Income provided by Local Rules.

I, Scott A. Blanish aver that my approximate monthly income from Self Employment is $4,000.00.

I verify that the above information is true and correct to the best of my knowledge and belief.

Date: November 27, 2017                    */s/ Scott A. Blanish*