Form 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Scott A Blanish**
 Debtor(s)

Bankruptcy Case No.: 17−24455−JAD

Chapter: 13
Docket No.: 14 − 8

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The Clerk notified the Debtor(s)' attorney, or Debtor(s) if not represented by an attorney, that a *Declaration Re: Electronic Filing of Petition* had to be submitted by **November 27, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **November 30, 2017,** the above deadline has passed and Debtor(s) failed to submit a *Declaration Re: Electronic Filing of Petition* to the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Local Bankruptcy Rule 1017−2, General Court Procedure #9* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: November 30, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24455-JAD
Scott A Blanish                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr          Page 1 of 1         Date Rcvd: Nov 30, 2017
                            Form ID: 130        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db            Scott A Blanish,   634 Pittsburgh Pike Road,   Rillton, PA 15678
14723439     +Nationstar Mortgage, LLC,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
14723440     +North Coast Hardwood Floor,   6650 W. Snowville Rd,   Brecksville, OH 44141-4301
14723441     +Township of Sewickley,   2288 Mars Hill Road,   Irwin, PA 15642-4971
14723442     +Westmoreland County Clerk of Courts,   2 North Main Street,   Greensburg, PA 15601-2481
14723443     +Westmoreland ER Medicine,   532 West Pittsburgh Street,   2835, PA 15601-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14735424       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 18:12:29
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Scott A Blanish csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4