IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>SCOTT A. BLANISH<br>Debtor | Bankruptcy No.: 17-24455-JAD<br><br>Chapter 13 |
| SCOTT A. BLANISH<br>Movant | Document No.:  17<br><br>Related To Doc. # 14 |
| vs. | |
| NO RESPONDENTS | |

ORDER

AND NOW, this  7th  day of  December , 2017, upon consideration of Movant's Motion to Reconsider Order dated November 30, 2017 it is hereby ORDERED, ADJUDGED, and DECREED that the November 30, 2017 Order is vacated, and the Clerk is to schedule the 341 Meeting of Creditors.

BY THE COURT:

_____jsf_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

FILED
12/7/17 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-24455-JAD
Scott A Blanish                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Dec 07, 2017
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db             Scott A Blanish,    634 Pittsburgh Pike Road,    Rillton, PA 15678
14723439      +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14723440      +North Coast Hardwood Floor,    6650 W. Snowville Rd,    Brecksville, OH 44141-4301
14723441      +Township of Sewickley,    2288 Mars Hill Road,    Irwin, PA 15642-4971
14723442      +Westmoreland County Clerk of Courts,    2 North Main Street,    Greensburg, PA 15601-2481
14723443      +Westmoreland ER Medicine,    532 West Pittsburgh Street,    2835, PA 15601-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14735424       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 00:54:53
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Scott A Blanish csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4