## MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
2/9/18 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Blanish**

(JAD)/TPA/CMB/GLT

Case Number: **17-24455**

Date of Meeting: **2/5/18**      Recording # **17**

Debtor(s) present **✓** or Not Present ___ (___ No Payments Made or **✓** partial payments)
Attorney for debtor(s) **Sacca** (Present **✓** or Not Present ___)
Date of Plan at § 341: **12/7/17**  Applicable commitment period ___3 yrs ___5 yrs

*need Bus case @ of Nep.*

*100% plan*

**X** Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD     ___ Order to Show Cause Requested
                         ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**X** Continued to:
    ___ 341 Meeting OR  **X** Conciliation Conf. OR ___ *Contested Hearing
On **3/29/18** at **1:00** am/**pm** Location **3250**

_____
Chapter 13 Trustee/Attorney for Trustee