IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| SCOTT BLANISH, | : CASE NO. 17-24455 JAD |
| | : |
| | : |
| DEBTORS | : OBJECTION TO PLAN |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : March 29, 2018 @ 1:00 PM |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SCOTT BLANISH, | : |
| | : |
| RESPONDENTS | : RELATED TO DOCKET NO. 26 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading

Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on February 21, 2018,

by:

**17-24455 JAD Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour at emecf@chapter13trusteewdpa.com

Corey J. Sacca at coreysacca@gmail.com, bankruptcy@bononilaw.com,
bononiecfmail@gmail.com, r39887@notify.bestcase.com

James Warm,Brodt at bkgroup@kmllawgroup.com

**17-24455 JAD Notice will not be electronically mailed to:**


EXECUTED ON:  February 21, 2018

                                         Respectfully submitted by,


                               By:     /s/ Jim Peavler
                                        Deputy Chief Counsel
                                        PA Department of Revenue
                                        Office of Chief Counsel
                                        Dept. 281061
                                        Harrisburg, PA 17128-1061
                                        PA I.D.  320663
                                        Phone:  717-787-2747
                                        Facsimile:  717-772-1459
                                        jpeavler@pa.gov