UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Scott A. Blanish,<br>　　　Debtor(s)<br><br>U.S Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The RMAC Trust, Series 2016-CTT,<br>　　　Movant(s)<br>　　　　　　　　v.<br>Scott A. Blanish, and Ronda J. Winnecour, Trustee<br>　　　Respondent(s) | Bankruptcy No. 17-24455-JAD<br><br>Chapter 13<br><br>Related to Claim #3 |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. U.S Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The RMAC Trust, Series 2016-CTT filed a Notice of Mortgage Payment Change on May 30, 2018.
2. Debtor's current escrow account payment was $172.76 per month.
3. Debtor's new escrow account payment is $172.50 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $512.51 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date:  May 31, 2018　　　　　　　　/s/ Corey J. Sacca_____
　　　　　　　　　　　　　　　　　Corey J. Sacca, Esq.
　　　　　　　　　　　　　　　　　PA ID # 306741
　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　20 North Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　csacca@bononilaw.com