**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SCOTT A BLANISH

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:17-24455 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/03/2017 and confirmed on 04/03/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,658.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,658.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,834.60 | |
|    Trustee Fee | 1,494.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,329.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| OCWEN LOAN SERVICING LLC(*) | 0.00 | 8,587.54 | 0.00 | 8,587.54 |
|   Acct: | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 5,172.47 | 0.00 | 0.00 | 0.00 |
|   Acct: 0022 | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEI | 57,628.62 | 11,884.06 | 7,065.07 | 18,949.13 |
|   Acct: 1851 | | | | |
| | | | | 27,536.67 |
| **Priority** | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT A BLANISH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONONI & COMPANY | 2,000.00 | 1,834.60 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 2,869.79 | 0.00 | 0.00 | 0.00 |
|   Acct: 9420 | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEI | 0.00 | 2,791.77 | 0.00 | 2,791.77 |
|   Acct: 1851 | | | | |

| 17-24455 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 2,791.77 |
| Unsecured | | | | |
| PA DEPARTMENT OF REVENUE*  Acct: 9420 | 690.74 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)  Acct: 9420 | 217.42 | 0.00 | 0.00 | 0.00 |
| NORTH COAST HARDWOOD FLOOR  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SEWICKLEY TOWNSHIP (STR LGHT)  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VA(  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 30,328.44 |

TOTAL CLAIMED
PRIORITY          2,869.79
SECURED          62,801.09
UNSECURED           908.16

Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com